JCJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Nelson Francisco_
_Fernandez Camelo_

**19    5389**

*(In the space above enter the full name(s) of the plaintiff(s))*

- against -

_Norristown Police Department_
_Prime Health Care_
_Suburban Community Hospital_
_East Norriton Police Department_
_Horsham Clinic_

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s) If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names The names listed in the above caption must be identical to those contained in Part I Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary

Plaintiff   Name                _Nelson Francisco Fernandez Camelo_
            Street Address      _P.O Box 1204_
            County, City        _Norristown P.A 19404_
            State & Zip Code
            Telephone Number    _610-235-6968_

Rev 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __Norristown Police Department__
Street Address __235 E. Airy ST.__
County, City __Norristown    P.A  19401__
State & Zip Code

Defendant No. 2
Name __Prime Health Care__
Street Address __3480 E Guasti Rd__
County, City __Ontario    CA    91761__
State & Zip Code

Defendant No. 3
Name __Suburban Hospital__
Street Address __2701 DeKalb Pike__
County, City __East Norriton    PA    19401__
State & Zip Code

Defendant No. 4
Name __East Norriton Police Department__
Street Address __2501 Stanbridge ST__
County, City __East Norriton    P.A    19401__
State & Zip Code

The Horsham Clinic
722 E Butler Pike
Ambler, P.A. 19002

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions        Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Suburban Community Hospital**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **On Nov 19 2017, Around 9:00 pm To 11:00 pm**

C.  Facts [What happened to you?]: I was taken in handcuffed To Suburban Community Hospital on Nov 19 2017, in the process I was assaulted, chocked and a catheter introduce To obtain a urine sample even when I Told Them I will give to them willingly. My knee was Busted, I was left Strap To The bed To spend Night, later the Nurse wanted me To sign Paper saying I put myself there I Refused.

[Who did what?] R/N Lyly Gonzalez witnessed when I got hurt and insted of Diagnosing and Treat me she called the cops on me so I can keep getting hurt, male Nurse while i was strapped came To chocked me in front of many people There, cops, Nurses, patients.

[Was anyone else involved?] yes Anthony Tyson security guard was on scene when this happened.

[Who else saw what happened?] Everything happened in Front of many people cops, Hospital staff, my witness is Dustin Queenan

Rev 10/2009          - 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffered a valgus Injurie which is a Torn (ACL) Anterior Cluciate ligament, A surgery is need it and I don't have insurance. Now my back Hurt Because im limping and my other knee is starting to Hurt Because of the overload. After this incident I Been having problems Holding my urine and also Been getting urinary track infections.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I will like the court To Take action On This matter, charge people involve with This crime were a proper 302 warrant was Not served.

yes Im seeking monetary compesation For all the pain and suffering they have put me Troogh I have PTSD Because can't get This event out of my Head and also I'm still Not done Because I have To get a surgery after 2 years limping my way around, had To cut my work By 70% Because my knee hurt.

Cant put an amount or price For what they did To me, it will Be Jury discretion.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15_ day of _November_____, 20_19_.

Signature of Plaintiff __Nelsey Fernandes__
Mailing Address __P.O Box  1204__
__Norristown, P.A  19404__

Telephone Number __610-235-6968, 610-680-8977__
Fax Number (if you have one) _____
E-mail Address __info@feenondys.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____